THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD MATTOX, Defendant-Appellant.

(No. 57082;

First District—October 30, 1972.

*Rehearing denied January 9, 1973.*

Opinion by Mr. JUSTICE BURKE.

Price, Cushman, Keck & Mahin, of Chicago, (James T. Otis and Clarence O. Redman, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Mark T. Zubor, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EUGENE WISNIEWSKI, Defendant-Appellant.

(No. 71-136;

Fifth District—November 28, 1972.